

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE | § | No. 08-16-00276-CV |
| KRISTY GABRIELOVA, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

# **O R D E R**

The Court has this day considered the Relator's motion for emergency stay, and concludes the motion should be GRANTED. The bench warrant issued for Relator, Kristy Gabrielova, by the 243rd District Court on June 1, 2016 in cause number 2015DCV1187, and the show cause hearing set for October 13, 2016 in the same case, are stayed. Further, the 243rd District Court is directed to stay all proceedings, including all contempt proceedings against Kristy Gabrielova, in cause number 2015DCV1187, styled *Midland Funding LLC v. Maria Romero*, pending disposition of this original proceeding or further order of this Court.

IT IS SO ORDERED this 7th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.